

1 DAVID L. BARRON, ESQ.
Nevada Bar No. 0142
2 CHELSEA P. PYASETSKYY, ESQ.
Nevada Bar. No. 11688
3 **BARRON & PRUITT, LLP**
3890 West Ann Rd.
4 North Las Vegas, Nevada 89031
Telephone: 702-870-3940
5 Facsimile: 702-870-3950
dbarron@lvnvlaw.com
6 cpyasetskyy@lvnvlaw.com
*Counsel for Carrabba's Italian Grill*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| NORMAN LINNELL, | Case No.: 2:10-CV-00610-ECR-LRL |
| | ORDER GRANTING |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| CARRABBA'S ITALIAN GRILL, LLC and DOES 1 THROUGH 10, inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED and AGREED by Plaintiff Norman Linnell and Defendant Carrabba's Italian Grill, LLC, by and through their respective counsel of record,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  that the above-entitled matter may be dismissed, with prejudice, each party to bear its own costs
2  and fees.

3  Dated: September 23rd, 2011

4  COHEN, JOHNSON & DAY

6  _____
   Steven L. Day, Esq.
7  Nevada Bar No. 3708
   James R. Nance, Esq.
8  Nevada Bar No. 9878
   1060 Wigwam Pkwy.
9  Henderson, Nevada 89074
   Fax (702) 309-1085
10 *Attorneys for Plaintiff*

Dated: September 26th, 2011

BARRON & PRUITT, LLP

_____
David Barron, Esq.
Nevada Bar No. 142
Chelsea Pyasetskyy, Esq.
Nevada Bar No. 11688
3890 West Ann Road
North Las Vegas, Nevada 89031
*Counsel for Defendant*
*CARRABA'S ITALIAN GRILL, LLC*

"IT IS SO ORDERED"

_____
Edward C. Reed
**UNITED STATES DISTRICT JUDGE**

**Dated:** October 4, 2011.

(sidebar) BARRON & PRUITT, LLP — ATTORNEYS AT LAW — 3890 WEST ANN RD. — NORTH LAS VEGAS, NEVADA 89031 — TELEPHONE (702) 870-3940 — FACSIMILE (702) 870-3950

- 2 -